**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION**

| | |
|---|---|
| TYMR IBN ABDULLAH,<br><br>    Petitioner,<br><br>    v.<br><br>SUPERIOR COURT RANCHO CUCAMONGA DISTRICT (RANCHO CUCAMONGA), WEST VALLEY DETENTION CENTER,<br><br>    Respondents. | Case No. CV 16-00461-SJO (AS)<br><br>**JUDGMENT** |

Pursuant to the "Order of Dismissal,"

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: April 9, 2016.

*S. James Otero*
_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE